those circumstances into account when imposing her sentence."); *United States v. Seljan,* 547 F.3d 993, 1007 (9th Cir.2008) ("Seljan argues that the district court did not adequately consider his advanced age. This argument is meritless. The district court acknowledged that Seljan's age and health reduced the likelihood of recidivism, and it addressed Seljan's concern that the 20–year sentence at age 87 was tantamount to life imprisonment.").

## IV

The district court properly denied Tosti's motions to suppress. The agents did not exceed the scope of the prior authorized private search, and Ms. Tosti had apparent authority to consent to the subsequent searches of her residence and Tosti's computer. Moreover, the district court acted within its discretion in imposing a substantively reasonable sentence that accounts for Tosti's age and infirmities.

**AFFIRMED.**

Nashville, TN, Denise Irene Young, Denise I. Young, Tucson, AZ, for Petitioner–Appellant.

Jon Anderson, Esquire, Assistant Attorney General, Jeffrey A. Zick, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

D.C. No. 2:97–cv–02577–ROS, District of Arizona, Phoenix.

Before: SCHROEDER, REINHARDT, and GRABER, Circuit Judges.

### ORDER

Judge Schroeder and Judge Graber have voted to deny the petition for panel rehearing and to deny the motion for a stay of execution. Judge Reinhardt voted to grant the petition for panel rehearing and to grant the motion for a stay of execution. Accordingly, the petition for panel rehearing and the motion for a stay of execution are denied.

Robert Glen JONES, Jr., Petitioner–Appellant,

v.

Charles RYAN, Respondent–Appellee.

Robert Glen Jones, Jr., Petitioner,

v.

Charles Ryan, Respondent.

Nos. 13–16928, 13–73647.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 10, 2013.*

Filed Oct. 18, 2013.

Edward Harold SCHAD, Petitioner–Appellant,

v.

Charles L. RYAN, Director, Arizona Department of Corrections, Respondent–Appellee.

No. 13–16895.

United States Court of Appeals, Ninth Circuit.

Oct. 7, 2013.

Kelley J. Henry, Assistant Federal Public Defender, Federal Public Defender,